# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROOSEVELT KING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3717

[June 11, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case Nos. 01-003089CF10A, 01-003092CF10A, 01-003524CF10A & 01-004394CF10A.

Roosevelt King, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and James J. Carney, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***